# Exhibit 1

Westlaw.

**DEATH RECORD**

| | |
|---|---|
| Information Current Through: | 04/07/2006 |
| Database Last Updated: | 04/09/2006 |
| Updated Frequency: | Weekly |
| Current Date: | 04/11/2006 |
| Source: | Social Security Administration Death Index |
| Name: | JOHN F FRITZINGER |
| SSN: | 196-38-XXXX |
| State Where SSN Issued: | PENNSYLVANIA |
| Date of Birth: | 03/26/1947 |
| Date of Death: | 10/08/2002 |
| Age at Death: | 55 |
| Verification of Death: | (P) Proof of Death Certificate Observed |

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.