**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | : : : | MDL No. 1431 (MJD/JGL) |

*This Document Relates to:*

JOHN J. FRITZINGER and
BURNELL ROBINSON,
Plaintiffs,

Court File No. 01-2393

v.

BAYER CORPORATION, et al.
Defendants.

**MOTION TO SUBSTITUTE JOHN J. FRITZINGER, JR. AND JESSICA J. FRITZINGER FOR PLAINTIFF, JOHN J. FRITZINGER, SR., PURSUANT TO RULE 25**

NOW COME, John J. Fritzinger, Jr., and Jessica J. Fritzinger, the son and daughter, respectively, of Plaintiff, John J. Fritzinger, Sr., who respectfully move pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure that they be substituted for John J. Fritzinger, Sr., as proper plaintiffs.

In support of this motion, Movants state:

1. John J. Fritzinger, Sr., one of the original plaintiffs in this case, died on October 8, 2002.

2. The claims in this proceeding were not extinguished by the original plaintiff John J. Fritzinger, Sr.'s death.

3. The Succession of John Fritzinger was opened in the Twenty-Fourth Jucicial District Court in the Parish of Jefferson, State of Louisiana, Case No. 586-719,

which issued a final Judgment of Possession on November 4, 2002, a copy of which is attached as Exhibit A).

4. The Judgment of Possession declared Movants the sole testamentary legatees of John J. Fritzinger, Sr., and awarded Movants each a one-half undivided interest in this case.

WHEREFORE, Movants pray that this motion be granted and that this proceeding hereafter be captioned "John J. Fritzinger, Jr. and Jessica J. Fritzinger on behalf of John J. Fritzinger, Sr., and Burnell Robinson v. Bayer Corporation, Bayer A.G., and Bayer Inc."

Dated: July 10, 2006

Respectfully Submitted,

/s/ James R. Dugan

James R. Dugan, II (LSBA No. 24785)
Douglas R. Plymale (LSBA No. 28409)
The Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 648-0180

*Counsel for Plaintiffs John J. Fritzinger, Sr., and Burnell Robinson*

**CERTIFICATE OF SERVICE**

I, Douglas Plymale, certify that a true and correct copy of the foregoing Motion To Substitute John J. Fritzinger, Jr. and Jessica J. Fritzinger for Plaintiff John J. Fritzinger, Sr., Pursuant to Rule 25 was electronically filed and served on all parties on July 10, 2006.

/s/ Douglas R. Plymale