10266671 CB 3086 418
11/04/2002-66671 11:23:45 AM JEFF PAR 609697 003 TSF 46.00

# TWENTY FOURTH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON - STATE OF LOUISIANA

**SUCCESSION OF JOHN FRITZINGER**

**AKA JOHN FREDERICK FRITZINGER**

**NO. 586-719**

**DIVISION: "I"**

**The Honorable Jo Ellen Grant, District Judge, Presiding......**

**FILED:** ______________________ ______________________

**DEPUTY CLERK**

**JUDGMENT OF POSSESSION**

Considering the pleadings, exhibits, affidavit of death, domicile and heirship and the joint petition of John Frederick Fritzinger, Jr. and Jessica Jayne Fritzinger, only children and the sole testamentary legatees under the terms of the last will and testament of the decedent, John Fritzinger aka John Frederick Fritzinger, praying to be recognized as such and sent and placed in possession of all the property left by the decedent; it appearing that all inheritance taxes due the State of Louisiana, if any, have been paid, as evidenced by the Certificate of the Louisiana Department of Revenue filed in the record hereof, and the law and evidence being in favor of petitioners, for the reasons this day orally assigned:

It is ordered, adjudged and decreed that petitioners, John Frederick Fritzinger, Jr. and Jessica Jayne Fritzinger are hereby recognized as the only children and the sole and only testamentary legatees under the terms of the said last will and testament of the decedent, John Fritzinger aka John Frederick Fritzinger.

It is further ordered, adjudged and decreed, that petitioners, John Frederick Fritzinger, Jr. and Jessica Jayne Fritizinger, be and they are hereby sent and placed in possession and ownership of all the property, of whatever nature or kind, wheresoever found and all causes of action pending or existing at the time of his death, left by the said decedent, John Fritzinger aka John Frederick Fritzinger, in the proportion of and a ONE - HALF UNDIVIDED INTEREST, EACH; all of which said property is more particularly described as follows:



EXHIBIT A

**A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the State of Louisiana, Parish of Jefferson, in HENFER PARK SUBDIVISION, in SQUARE 1 thereof, bounded by Jefferson Highway, Henfer Avenue, West Henfer Avenue, Ann Lane and Northwest side of the subdivision. According to survey of Adloe Orr, Jr., and Assoc., C.E., dated July 19, 1954, said portion of around is designated as LOT 6 which commences '781.49 feet from the intersection of Jefferson Highway and Henfer Avenue, and measures thence 60 feet front on West Henfer Avenue, same in width in the rear, by a depth of 107.00 feet between equal and parallel lines. And according to survey of S. K. Landry, dated April 30,1962, the said lot has the same measurements but commences 781.55 feet from the intersection of Jefferson Highway and Henfer Avenue.**

**Improvements bear Municipal No. 144 W. Henfer Avenue.**

**Being the same property acquired by John Frederick Fritzinger from Patrick Michael Barnewold by Act of Cash Sale before Wallace H. Paleton, Notary, dated 2nd day of August 2002, recorded in COB 3085 folio 39, bearing Instrument No. 10261283 in the conveyance records of the Parish of Jefferson, State of Louisiana;**

**AND,**

**Miscellaneous household furniture and effects located in the residence of decedent, at 144 W. Henfer Ave., River Ridge, LA 70123;**

**AND,**

**The moneys in checking account standing in the names of John Fritzinger & John Fritzinger, Jr. at the AMSOUTH BANK, 840 CLEARVIEW BLVD., HARAHAN, LA 70123, bearing Checking Account No. 5200209729;**

**AND,**

**One man's gold ring with 4 carat Diamond,**
**One man's U.S. Army Ring,**
**One Gold piece dated 1977,**
**One medallion inscribed with "Henry Hubbard",**
**One medallion inscribed with "Finks Jordan",**
**One lady's Bracelet with matching ring,**
**One small plain religious cross ,**
**One Movado Wrist Watch, contained in Safety Deposit Box No. 75 located at the AMSOUTH BANK, 840 CLEARVIEW BLVD., HARAHAN, LA 70123.**

**The AMSOUTH BANK is herewith directed, commanded and ordered to deliver the foregoing contents of said Safety Deposit Box No. 75 to the testamentary legatees, John Frederick Fritzinger, Jr. and Jessica Jayne Fritzinger or their duly appointed agents and attorneys, FORTHWITH.**

**All persons, entities, partnerships, corporations, Trust Companies, Insurance Companies and Banks possessing or holding any property, of whatever nature, including but not limited to stocks, bonds or certificates standing the name of John Fritzinger aka John**

Frederick Fritzinger are herewith commanded and directed to deliver said property to the Testamentary Legatees, John Frederick Fritzinger, Jr. and Jessica Jayne Fritzinger, in the proportions set out hereinabove.

Further, the testamentary legatees, John Frederick Fritzinger, Jr. and Jessica Jayne Fritzinger, are recognized as the only surviving children of the decedent, John Fritzinger aka John Frederick Fritzinger, and as such are entitled to all the rights, privileges and immunities provided by law to such status.

GRETNA, LOUISIANA THIS 4th DAY OF November, 2002.

JO ELLEN GRANT

**DISTRICT JUDGE**
**24TH JUDICIAL DISTRICT COURT**
PARISH OF JEFFERSON-STATE OF LOUISIANA

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

Yvesie Comeaux
DEPUTY CLERK
24TH. JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.