UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/JGL) |

*This Document Relates to:*

JOHN J. FRITZINGER, JR. AND JESSICA J. FRITZINGER on behalf of JOHN J. FRITZINGER, SR., and BURNELL ROBINSON,
Plaintiffs,

Court File No. 01-2393

v.

BAYER CORPORATION, et al.
Defendants.

**ORDER GRANTING MOTION TO SUBSTITUTE JOHN J. FRITZINGER, JR. AND JESSICA J. FRITZINGER FOR PLAINTIFF, JOHN J. FRITZINGER, SR., PURSUANT TO RULE 25**

Upon consideration of the Motion to Substitute John J. Fritzinger, Jr. and Jessica J. Fritzinger for Plaintiff, John J. Fritzinger, Sr.,Pursuant To Rule 25;

IT IS ORDERED that the motion be and hereby is granted;

IT IS FURTHER ORDERED that the caption of this matter be styled above.

DATED JUL 25 2006

Michael J. Davis
U.S. District Court Judge

SCANNED
JUL 26 2006
U.S. DISTRICT COURT MPLS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: Baycol Products Liability Litigation | MDL No. 1431<br>(MJD) (JGL) |
| Lou Desai,<br><br>Plaintiff,<br><br>v.<br><br>BAYER A.G.; BAYER CORPORATION; SMITHKLINE BEECHAM CORPORATION d.b.a. GLAXOSMITHKLINE; and GLAXOSMITHKLINE plc,<br><br>Defendants. | MN Court File No.: 03-4498 |

**ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE BHASKER DESAI FOR DECEASED PLAINTIFF LOU DESAI**

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Bhasker Desai for deceased Plaintiff Lou Desai; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submission made:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute Bhasker Desai for deceased Plaintiff Lou Desai is GRANTED.

Dated: JUL 25 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
JUL 26 2006
U.S. DISTRICT COURT MPLS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**IN RE: JAMES GARRETT**

**BAYCOL**
**PRODUCTS LITIGATION**

**MDL DOCKET NO: 1431**

**ORDER**

Considering the foregoing Motion:

IT IS ORDERED, ADJUDGED AND DECREED that **IKE F. HAWKINS, III** be and is hereby withdrawn as counsel of record in the above captioned matter and that the name of **IKE F. HAWKINS, III** be removed from the record of the Court as Attorney of Record for James Garrett, in the above entitled and numbered proceeding.

Baton Rouge, Louisiana, this ____ day of JUL 25 2006, 2006.

Michael J. Davis

Honorable Michael J. Davis

**PLEASE NOTIFY:**

Deanna D.Dailey
Larson-King
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul MN 55101

Fred T.Magaziner
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia PA 19103

Susan Weber
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Randy Favron
63110 Belleview Drive
Plaquemine ,LA 70764

SCANNED
JUL 26 2006
U.S. DISTRICT COURT MPLS