UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/JGL) |

*This Document Relates to:*

JOHN J. FRITZINGER, JR. AND JESSICA J. FRITZINGER on behalf of JOHN J. FRITZINGER, SR., and BURNELL ROBINSON,
Plaintiffs,

Court File No. 01-2393

v.

BAYER CORPORATION, et al.
Defendants.

**ORDER GRANTING**
**MOTION TO SUBSTITUTE JOHN J. FRITZINGER, JR. AND JESSICA J. FRITZINGER FOR PLAINTIFF, JOHN J. FRITZINGER, SR., PURSUANT TO RULE 25**

Upon consideration of the Motion to Substitute John J. Fritzinger, Jr. and Jessica J. Fritzinger for Plaintiff, John J. Fritzinger, Sr.,Pursuant To Rule 25;

IT IS ORDERED that the motion be and hereby is granted;

IT IS FURTHER ORDERED that the caption of this matter be styled above.

DATED JUL 25 2006

Michael J. Davis
U.S. District Court Judge

SCANNED
JUL 26 2006
U.S. DISTRICT COURT MPLS