UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD)

This Document Relates to:

*John J. Fritzinger, Jr., , et al., v. Bayer Corp., et al.* Case No. 01-2393

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendants that the claims of Plaintiffs John J. Fritzinger, Jr., and Jessia J. Fritzinger in the above-captioned case may be and are hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs. This stipulation shall have no effect on the remaining plaintiff in this action.

Dated: October 26, 2006

James R. Dugan II
Douglas R. Plymale
THE MURRAY LAW FIRM
650 Poydras Street Suite 2150
New Orleans, LA 70130
(504) 648-0180

*Counsel for Plaintiffs*

SCANNED
NOV 2 2006
U.S. DISTRICT COURT MPLS

Dated: 10/26/06

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No. 101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that Plaintiffs John J. Fritzinger, Jr., and Jessia J. Fritzinger are dismissed with prejudice.

DATED: NOV 0 2 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Fritzinger*, No. 01-2393